```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
HERALD R. GUNDER,                     :
                                      :
          Plaintiff,                  :   CIVIL ACTION
                                      :
     v.                               :   No. 08-cv-6029
                                      :
CSX TRANSPORTATION, INC.,             :
CONSOLIDATED RAIL CORPORATION         :
and NORFOLK SOUTHERN RAILWAY          :
COMPANY,                              :
                                      :
          Defendants.                 :
```

## ORDER

AND NOW, this  8th  day of July, 2009, upon consideration of Defendant's Motion to Transfer Venue (Doc. No. 11), and responses thereto, for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is GRANTED and that the above-captioned matter is TRANSFERRED to the United States District Court for the Northern District of Ohio, Toledo Division.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER, J.