# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Herald R. Gunder, | ) | Case No. 3:09cv1918 |
| Plaintiff, | ) | Judge Jack Zouhary |
| v. | ) | **NOTICE OF APPEARANCE** |
| CSX Transportation, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

\* \* \*

PLEASE TAKE NOTICE that Attorney James R. Carnes, Anspach Meeks Ellenberger LLP, 300 Madison Ave., Suite 1600, Toledo, Ohio 43604-2633, hereby enters his appearance as co-counsel for Defendant CSX Transportation Inc. in this matter.

Respectfully submitted,

ANSPACH MEEKS ELLENBERGER LLP

s/James R. Carnes
James R. Carnes (0070005)
300 Madison Ave., Suite 1600
Toledo, OH 43604-2633
Tel.: (419) 246-5757
Fax: (419) 321-6979
jcarnes@anspachlaw.com

Attorneys for Defendant,
CSX Transportation, Inc.

## **_CERTIFICATE OF SERVICE_**

I hereby certify that on September 21, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        ANSPACH MEEKS ELLENBERGER LLP

        s/James R. Carnes
        James R. Carnes (0070005)
        300 Madison Ave., Suite 1600
        Toledo, OH 43604-2633
        Tel.: (419) 246-5757
        Fax: (419) 321-6979
        jcarnes@anspachlaw.com

        Attorneys for Defendant,
        CSX Transportation, Inc.