AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Herald Gunder ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:09CV1918 |
| CSX Transportation, Inc et al., ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Jury found in favor of the Defendants CXS Transporation, Inc and Consolidated Rail Corporation and against Plaintiff Herald Gunder.

This action was *(check one)*:

☑ tried by a jury with Judge Jack Zouhary presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 03/07/2011

*CLERK OF COURT*

s/DeAnna L. Cox
*Signature of Clerk or Deputy Clerk*